# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIGRAN ISKENYAN, | Case No. 1:19-cv-01260-LJO-BAM |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATIONS AND DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. Nos. 2, 4, 6) |
| Defendant. | |

On September 10, 2019, Plaintiff Tigran Iskenyan ("Plaintiff"), proceeding through counsel, filed the complaint in this action seeking review of a decision of the Commissioner of Social Security. (Doc. No. 1.) Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. Nos. 2, 4).

Upon consideration of Plaintiff's application to proceed *in forma pauperis*, the Court issued findings and recommendations that the application be denied, and that Plaintiff be required to pay the $400.00 filing fee in full to proceed with this action. (Doc. No. 6.) Following issuance of the findings and recommendations, Plaintiff paid the $400.00 filing fee in full. Accordingly, the findings and recommendations issued on January 28, 2020 (Doc. No. 6) are HEREBY VACATED, and Plaintiff's pending application to proceed *in forma pauperis* (Doc. Nos. 2, 4) is DENIED as moot.

IT IS SO ORDERED.

Dated: __**January 31, 2020**__          ___/s/ Barbara A. McAuliffe___
                                       UNITED STATES MAGISTRATE JUDGE