UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIGRAN ISKENYAN,

            Plaintiff,

    v.

ANDREW SAUL, Commissioner of Social
Security,

            Defendant.

Case No.  1:19-cv-01260-NONE-BAM

**ORDER RE STIPULATION FOR
EXTENSION OF TIME**

(Doc. 18)

On July 9, 2021, the parties filed a stipulation for a 30-day extension of time for Plaintiff

to file an Opening Brief.  (Doc. 18.)  Pursuant to the Scheduling Order, the Court allows a single

thirty-day extension of time by stipulation of the parties without Court approval.  (Doc. 10.)  The

Court acknowledges the parties' stipulation that "Plaintiff shall have a 30-day extension of time,

from July 30, 2021 to August 30, 2021, for Plaintiff to serve on defendant with PLAINTIFF'S

OPENING BRIEF." (Doc. 18 at 1.)  All other deadlines in the Court's Scheduling Order are

extended accordingly.
IT IS SO ORDERED.

    Dated:   **July 12, 2021**               /s/ *Barbara A. McAuliffe*    
                                    UNITED STATES MAGISTRATE JUDGE

1