PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIGRAN ISKENYAN,<br><br>        Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,[1]<br><br>        Defendant. | No. 1:19-cv-01260-NONE-BAM<br><br>STIPULATED MOTION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF |

       IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant's time for responding to Plaintiff's Opening Brief be extended thirty (30) days from September 29, 2021, to October 29, 2021. This is Defendant's first request for an extension. Counsel for Plaintiff has no objection to Defendant's request for an extension.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  Good cause exists for this request.  Defendant respectfully requests this additional time
2  because Counsel for Defendant has been unable to devote the time required to complete
3  Defendant's response to Plaintiff's Opening Brief due to competing workload requirements.  In
4  light of the global Covid-19 crisis significantly impacting workloads and work processes Counsel
5  for Defendant is currently handling over 100 active circuit and district court disability cases at
6  various stages of litigation and currently has fifteen (15) merit briefs currently due in district court
7  cases over the next month.   Due to the volume of the overall workload within the Region IX
8  Office (currently handles all district and circuit court litigation involving the Social Security
9  program arising in Arizona, California, Hawai'i, Nevada, and Guam), neither the undersigned
10 attorney nor another attorney in the Region IX Office will be able to complete briefing by the
11 current due date of September 29, 2021.
12 An extension until October 29, 2021 should give sufficient time for Counsel for
13 Defendant to complete the response to Plaintiff's Opening Brief.  Counsel apologizes to the Court
14 for any inconvenience caused by this delay.  All other dates in the Court's Scheduling Order shall
15 be extended accordingly.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATE: September 16, 2021          By:   *s/ Oscar Gonzalez de Llano*
                                         OSCAR GONZALEZ DE LLANO
                                         Special Assistant United States Attorney
                                         Attorneys for Defendant

Respectfully submitted,

Attorneys for Plaintiff

DATE: September 16, 2021          By    *s/ Jonathan O. Pena\**
                                         Jonathan O. Pena, Esq.
                                         Pena & Bromberg, Attorneys at Law
                                         (*as authorized by email)

## ORDER

Pursuant to the unopposed motion, and good cause appearing, Defendant's request for an extension of time to respond to Plaintiff's Opening Brief is GRANTED. Defendant shall have an extension, up to and including October 29, 2021, to respond to Plaintiff's Opening Brief.

IT IS SO ORDERED.

Dated:   **September 20, 2021**          /s/ *Barbara A. McAuliffe*
                                                                 UNITED STATES MAGISTRATE JUDGE