UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIGRAN ISKENYAN,<br><br>               Plaintiff,<br><br>     v.<br><br>KILOLO KIJAKAZI, Commissioner of Social Security,<br><br>               Defendant. | Case No.  1:19-cv-01260-NONE-BAM<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITION BRIEF**<br><br>(Doc. 24) |

On October 27, 2021, the parties filed a document entitled "Notice of Attorney Appearance," which was entered on the docket as a motion for 30-day extension of time.  (Doc. 24.)  The document is neither a notice of attorney appearance nor a motion for an extension of time.  It is a stipulation signed by counsel to extend the time for Defendant to file a response to Plaintiff's motion for summary.  According to the stipulation, Defendant requests a thirty-day extension of time in order to further consider the administrative record in light of the issues raised in Plaintiff's motion for summary judgment.  (*Id.* at 1.)  The parties also stipulate to modify the Court's Scheduling Order accordingly.  (*Id.* at 2.)

Having considered the stipulation, and good cause appearing, Defendant's request for an extension of time to file a response to Plaintiff's motion for summary judgment is GRANTED. Defendant shall file a response to Plaintiff's motion for summary judgment no later than November 28, 2021.  All other deadlines in the Court's Scheduling Order are modified

1

accordingly. No further extensions of time will be granted absent a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated: **November 1, 2021**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE