UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIGRAN ISKENYAN,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:19-cv-01260-NONE-BAM<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITION BRIEF**<br><br>(Doc. 24) |

On November 29, 2021, the parties filed a second motion for 30-day extension of time. (Doc. 27.) However, the document is not a motion for an extension of time. It is a stipulation signed by counsel to extend the time for Defendant to file a response to Plaintiff's motion for summary. According to the stipulation, Defendant requests an additional thirty-day extension of time in order to further consider the administrative record in light of the issues raised in Plaintiff's motion for summary judgment. (*Id.* at 1.) The parties also stipulate to modify the Court's Scheduling Order accordingly. (*Id.* at 2.)

Having considered the stipulation, and good cause appearing, Defendant's request for an extension of time to file a response to Plaintiff's motion for summary judgment is GRANTED. Defendant shall file a response to Plaintiff's motion for summary judgment no later than December 28, 2021. All other deadlines in the Court's Scheduling Order are modified

1

accordingly.  No further extensions of time will be granted absent a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated:   **November 30, 2021**           /s/ Barbara A. McAuliffe            _
                                     UNITED STATES MAGISTRATE JUDGE